# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | | |
|---|---|---|
| Carpenters District Council of Kansas City Pension Fund, et al. | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16-680-CV-W-REL |
| O'Hara Interiors, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        O'Hara Interiors, LLC
        1310 N. 2nd E
        Louisburg, KS 66053

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arnold, Newbold, Winter & Jackson, P.C.
1100 Main Street., Suite 2001
Kansas City, Missouri 64105

Documents Served: Complaint, Summons, MAP Form

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    06/23/2016

/s/ Greg Melvin
*Signature of Clerk or Deputy Clerk*

Civil Action No. 16-680-CV-W-REL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* O'Hara Interiors, LLC
was received by me on *(date)* 6/27/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shannon O'Hara , who is
designated by law to accept service of process on behalf of *(name of organization)*
O'Hara Interiors, LLC on *(date)* 7/8/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 150.00 for travel and $ 82.00 for services, for a total of $ 232.00 .

I declare under penalty of perjury that this information is true.

Date: July 8, 2016

Server's signature

Tim Murphy - Private Process Server
Printed name and title

4219 Mercier K.C., Mo, 64111
Server's address

Additional information regarding attempted service, etc: